JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS ADOLPH DE LOS REYES,<br><br>    Petitioner,<br><br>    v.<br><br>W. L. MONTGOMERY,<br><br>    Respondent. | Case No. SACV 16-0237-PA (JEM)<br><br>**J U D G M E N T** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: September 15, 2016

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE